IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.   Case No.: 92-05033/LAC
       5:07cv59/LAC/MD

RYAN O'NEIL DALEY

_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 20, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1.   The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.   The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 95) is summarily DISMISSED as untimely.

DONE AND ORDERED this 25th day of April, 2007.


*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE