**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

 VS               CASE NO.  5:92cr5033 LAC

RYAN O'NEIL DALEY

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  MARCH 14, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by  DEFENDANT PRO SE   on 3/12/08   Doc.#  101

RESPONSES:
BY GOVERNMENT   on 3/24/08   Doc.# 103
RESPONSE BY DEFT PRO SE   on 4/10/08   Doc.# 104

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed   _____ Consented

               WILLIAM M. McCOOL, CLERK OF COURT

               s/Mary Maloy
LC (1 OR 2)             Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 14th day of August, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) At sentencing in January 1993, the defendant was held accountable for 15 kilograms or more of cocaine base which resulted in a base offense level of 42 with a total offense level of 46 after 4 levels of enhancement resulting in a guideline range of life imprisonment. Although no substantial assistance motion had been filed, the Court imposed a 240 month term of imprisonment well below the applicable guideline range of life finding that the sentence of 240 months "is sufficient to provide just punishment for the offense and to adequately deter others who may wish to engage in similar conduct."*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

*In 1996, the Court entered an order reducing the base offense level to 38 pursuant to retroactive Amendment 505 still with the 4 levels of enhancement and a reduced guideline range of 360 months to life.  However, the Court found the 240 month sentence, which was still significantly below the guideline range, to be the appropriate sentence.*

*Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at Section 2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base.  After adding the 4 levels of enhancement, the guideline range remains 360 months to life.*

*Upon consideration of all the factors of 18 U.S. C. 3553(a), the Courts finds the 240 sentence to be appropriate and necessary to provide sufficient punishment and to deter others given the facts and circumstances of this case.*

                                        *s/L.A. Collier*
                                        **LACEY A. COLLIER**
                              *Senior United States District Judge*